# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The entire property located at 284 S. Christopher Avenue in Tiverton, Rhode Island and further described below. | )<br>)<br>)  Case No.  22-SW-009-LDA<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The entire property located at 284 S. Christopher Avenue in Tiverton, Rhode Island and further described in Attachment A.

located in the _____ District of Rhode Island, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A | Possession and receipt of child pornography |

The application is based on these facts:
See attached Affidavit of Sgt. Detective, Task Force Officer, Michael Sullivan of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Sgt M. Sull—*

*Applicant's signature*

Sgt. Detective Michael Sullivan-TFO, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state:  Providence, Rhode Island                    Lincoln D. Almond, U.S. Magistrate Judge

*Printed name and title*