## ATTACHMENT A

## DESCRIPTION OF LOCATIONS TO BE SEARCHED

The entire property located at 284 S. Christopher Avenue in Tiverton, Rhode Island, including the residential building, any outbuildings, and any appurtenances thereto (the SUBJECT PREMISES). The SUBJECT PREMISES appears to be a tan, two story single family, with a red front door and two attached garages. To the left of the front door "284" is affixed.



1